**Frank McKINNIE, Appellant, v. METRO-POLITAN LIFE INSURANCE COMPANY, Appellee.**

No. 8985.

Circuit Court of Appeals, Sixth Circuit.
March 12, 1942.

M. C. Harrison and Harrison & Marshman, all of Cleveland, Ohio, for appellant.

Robert M. Weh and Bushnell, Burgess & Fulton, all of Cleveland, Ohio, for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The judgment herein is affirmed for the reasons stated in the memorandum opinion of the District Court. 37 F.Supp. 992.

**MONTANA NATIONAL BANK, HAVRE, MONTANA, v. UNITED STATES of America.**

No. 10057.

Circuit Court of Appeals, Ninth Circuit.
March 30, 1942.

A. F. Lamey, of Billings, Mont., and Karl F. Frisbie, of Havre, Mont., for appellant.

John B. Tansil, U. S. Atty., and R. Lewis Brown, Asst. U. S. Atty., both of Butte, Mont., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**L. C. MEADOWS, Individually, etc., Appellant, v. T. E. ROBERTSON, Bankrupt.**

No. 12181.

Circuit Court of Appeals, Eighth Circuit.
March 2, 1942.

Simon & Wynn and Marcus Ginsburg, all of Fort Worth, Tex., for appellant.

D. D. Panich, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed, on application of appellant.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Joseph W. BOYT et al.**

No. 12261.

Circuit Court of Appeals, Eighth Circuit.
March 23, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

J. W. Boyt, pro se., for respondents.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.